DAVID P. RITZINGER, SBN: 080589
190 S. Orchard Ave, Suite A-100
Vacaville, California 95688
Telephone: (707) 365-6510
Facsimile: (707) 471-4002
dritzinger@comcast.net

Attorney for Plaintiff,
CAROL J. RITZINGER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL J. RITZINGER, an individual,<br>       Plaintiff,<br>vs.<br>DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; HILTON GRAND VACATIONS, INC; and DOES 1 through 50, inclusive,<br>       Defendants. | CASE NO.: 2:25-CV-01592-DJC-JDP |

**STIPULATION AND ORDER FOR STAY
OF PROCEEDINGS PENDING ARBITRATION**

  This stipulation is entered into by and between Plaintiff, Carol J. Ritzinger, by and through her attorney of record, David P. Ritzinger, and Defendants, Diamond Resorts U.S. Collection Development, LLC and Hilton Grand Vacations, Inc., by and through their attorney of record, Steve Burnell.

**RECITALS**

  1. Plaintiff Carol J. Ritzinger filed a Complaint against Defendants Diamond Resorts U.S. Collection Development, LLC and Hilton Grand Vacations, Inc., on June 6, 2025, for rescission of contract, breach of contract, fraud in the inducement, wrongful foreclosure, and accounting.

2. Prior to the filing of the Complaint, on August 26, 2023, the parties executed a Purchase and Security Agreement, which includes an arbitration provision mandating that any claims arising from or relating to the agreement be arbitrated on an individual basis before JAMS.

3. Defendants have indicated their intention to file a Motion to Compel Arbitration based on the arbitration provision contained in the Purchase and Security Agreement.

4. The parties have agreed to stay the federal court proceedings pending the outcome of the arbitration process to conserve judicial resources and avoid unnecessary litigation costs.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:**

1. All proceedings in this case, including any deadlines for responsive pleadings or motions, are stayed pending the conclusion of the arbitration process.

2. The parties shall notify the Court within ten (10) days of the conclusion of the arbitration proceedings and shall submit a joint status report at that time.

3. This stipulation is without prejudice to any party's right to seek further relief from this Court, including enforcement of the arbitration award.

4. The parties request that the Court enter the proposed order staying the proceedings as set forth herein.

**IT IS SO STIPULATED.**

Dated: October 8, 2025         /s/ David P. Ritzinger
                               David P. Ritzinger, Attorney
                               for Plaintiff, Carol J. Ritzinger


Dated: October 10, 2025        /s/ Steve Burnell
                               Steve Burnell, Attorney
                               For Defendants, Diamond Resorts
                               U.S. Collection & Hilton Grand
                               Vacations, Inc.

1  **PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED** that the proceedings in

2  the above-captioned case are stayed pending the conclusion of arbitration. The parties are directed to

3  notify the Court within ten (10) days of the conclusion of the arbitration and to submit a joint status

4  report at that time. The Clerk of Court shall administratively close this case.

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE