DAVID P. RITZINGER, SBN: 080589
190 S. Orchard Ave, Suite A-100
Vacaville, California 95688
Telephone: (707) 365-6510
Facsimile: (707) 471-4002
dritzinger@comcast.net

Attorney for Plaintiff,
CAROL J. RITZINGER

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

CAROL J. RITZINGER,

    Plaintiff,

     v.

DIAMOND RESORTS U.S. COLLECTION
DEVELOPMENT, LLC, ET AL.,

    Defendants.

Case No.:    2:25-CV-01592-DJC-JDP

**JOINT STIPULATION AND ORDER DISMISSING PROCEEDINGS WITH PREJUDICE**

1

JOINT STIPULATION AND ORDER DISMISSING PROCEEDINGS WITH PREJUDICE

## JOINT STIPULATION AND ORDER

## DISMISSING PROCEEDINGS WITH PREJUDICE

Plaintiff Carol Ritzinger and Defendants Diamond Resorts U.S. Collection Development, LLC and Hilton Grand Vacations Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Ritzinger's claims against Defendants Diamond Resorts U.S. Collection Development, LLC and Hilton Grand Vacations Inc.  Each Party shall bear their own respective costs and attorneys' fees.  This Stipulation for Dismissal disposes of the entire action.

**IT IS SO STIPULATED.**

Dated:  June 24, 2026

/s/ David P. Ritzinger
_____
David P. Ritzinger, Attorney
for Plaintiff, Carol Ritzinger

Dated:  June 25, 2026

_____
Steve Burnell, Attorney
For Defendants, Diamond Resorts
U.S. Collection & Hilton Grand Vacations, Inc.

JOINT STIPULATION AND ORDER DISMISSING PROCEEDINGS WITH PREJUDICE

**ORDER**

The Court, having reviewed the parties' Joint Stipulation of Dismissal With Prejudice and good cause appearing, orders as follows:

1.      All claims asserted by Plaintiff against Defendants Diamond Resorts U.S. Collection Development, LLC and Hilton Grand Vacations Inc. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.      Each party shall bear its own attorneys' fees and costs.

3.      All deadlines are terminated, and the Clerk is directed to close the case

Dated:  July 8, 2026                                   /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER DISMISSING PROCEEDINGS WITH PREJUDICE